UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -against-

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-      (   ) (   )

Defendant(s).
-------------------------------------------------------------------X

Defendant _____ hereby voluntarily consents to participate in the following proceeding via \_\_\_ videoconferencing or \_\_\_ teleconferencing:

\_\_\_    Initial Appearance Before a Judicial Officer

\_\_\_    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

\_\_\_    Bail/Detention Hearing

\_\_\_    Conference Before a Judicial Officer

s/ Marcos Cabrera by the Court with permission
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

s/ Robert M. Baum by the Court with permission
_____
Defendant's Counsel's Signature

_____
Print Defendant's Name

_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_____                  _____
Date                                            U.S. District Judge/U.S. Magistrate Judge